UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| THOMAS E. BRADY, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:07-cv-145 |
| v. ) | |
| ) | Judge Mattice |
| STATE OF TENNESSEE, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## **JUDGMENT**

This case came before the Court on the motion to dismiss by Defendant State of Tennessee. The Honorable Harry S. Mattice, Jr., United States District Judge, having rendered a decision on the Defendant's motion,

It is **ORDERED and ADJUDGED**

that the Plaintiff Thomas E. Brady take nothing, and that the action be **DISMISSED WITH PREJUDICE** on the merits.

Dated at *Chattanooga, Tennessee*, this 19th day of November, 2007.

                                        /s/ Patricia L. McNutt
                                        PATRICIA L. McNUTT
                                        CLERK OF COURT